UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  RONALD L. HECKMAN, | : | Case No. 14-20072REF |
| Debtor | : | Chapter 13 |

| | | |
|---|---|---|
| RONALD L. HECKMAN, | : | Adv. No. 15-317REF |
| Plaintiff | : | |
| v. | : | |
| READING AREA WATER AUTHORITY, | : | |
| Defendant | : | |

# **ORDER**

AND NOW, this 6 day of December, 2016, based on the discussion and reasons set forth in the accompanying Memorandum Opinion dated and filed today in the litigation between Plaintiff Ronald L. Heckman ("Heckman") and Reading Area Water Authority ("RAWA"), IT IS HEREBY ORDERED that JUDGMENT ON Heckman's complaint insofar as it prays for relief pursuant to Section 362(k)(1) is ENTERED IN FAVOR OF RAWA and the complaint is otherwise DISMISSED.

IT IS FURTHER ORDERED that Heckman's objection to RAWA's claim number 6, is HEREBY SUSTAINED IN PART AND OVERRULED IN PART and I HEREBY FIND that RAWA holds a secured claim in the amount of $5,011.90, less all collection fees included in its claim and less all collection fees paid by Heckman to RAWA and ARB (as identified in the Memorandum Opinion) since February 2012.

IT IS FURTHER ORDERED that RAWA shall prepare, file in the main case above, and serve on Heckman, all on or before December 30, 2016, an

33

accounting of all collection fees paid by Heckman from February 2012 through the date of this Order, shall deduct the total of such collection fee payments from its claim, and shall reimburse Heckman for any collection fee payments that exceed the amount of RAWA's claim.

IT IS FURTHER ORDERED that RAWA shall file an amended proof of claim, consistent with this Memorandum Opinion and Order on or before December 30, 2016.

IT IS FURTHER ORDERED that if RAWA's accounting of collection fees paid by Heckman results in a credit in excess of RAWA's claim, RAWA shall pay the excess to Heckman as a refund on or before December 30, 2016.

IT IS FURTHER ORDERED that each party shall bear his or its own costs.

BY THE COURT

**Date: December 6, 2016**

_____

RICHARD E. FEHLING
United States Bankruptcy Judge